UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2011 MAY 19 PM 1:05



IN RE: ) CASE NO. 08-51708
)
WOLFF, JR., WARREN & CHARLENE ) CHAPTER 7
)
Debtor (s) ) JUDGE MARILYN SHEA-STONUM

## TRANSMITTAL OF UNCLAIMED FUNDS

ROBERT S. THOMAS, II, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

| Claim No. | Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| #11 | Patriot Concrete Pumping & Laser Screening<br>Po Box 2579<br>North Canton, Ohio 44720 | $6,025.68 | $104.54 |

2. My Trustee's check for $104.54 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: May 16, 2011

ROBERT S. THOMAS, II
Trustee in Bankruptcy

ck # 116
receipt # 82360